IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01020-CMA-BNB

MARIE REBETERANO,

Plaintiff,

v.

BANNER HEALTH SYSTEM, a foreign nonprofit corporation d/b/a Banner Health PHO, Inc.,
d/b/a Banner Health Colorado d/b/a North Colorado Medical Center,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Extend the Time to Disclose and Depose Expert Witnesses** [docket no. 25, filed January 3, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows: the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 24, 2011**; the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 21, 2011**; and the deadline for expert depositions shall be taken on or before **April 5, 2011.**

DATED:  January 4, 2011