IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01020-WJM-BNB

MARIE REBETERANO,

Plaintiff,

v.

BANNER HEALTH SYSTEM AND BANNER HEALTH PHO, INC., d/b/a Banner Health
Colorado, and
NORTH COLORADO MEDICAL CENTER, a foreign nonprofit corporation,

Defendants.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before March 24, 2011, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 3, 2011.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge