IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01020-WJM-BNB

MARIE REBETERANO,

    Plaintiff,

v.

BANNER HEALTH SYSTEM and BANNER HEALTH PHO, INC., d/b/a BANNER HEALTH COLORADO and NORTH COLORADO MEDICAL CENTER, a Foreign Nonprofit Corporation;

    Defendants.

_____

**ORDER DISMISSING ACTION WITH PREJUDICE**
_____

This matter is before the Court on the parties' Stipulation to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (ECF No. 37).

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED, WITH PREJUDICE. Each party shall bear her or its own costs and attorney's fees.

Dated this 25th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge